*WHEREFORE*, Plaintiffs request that this Court:

1.      Issue a declaratory judgment declaring that defendants have discriminated against plaintiffs on the basis of sex, as prohibited by Title VII, the New York Human Rights Law, and the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution;

2.      Issue a permanent injunction prohibiting defendants from engaging in the illegal and discriminating conduct alleged herein;

3.      Award equitable relief to plaintiffs in the form of back pay and benefits to make plaintiffs whole;

4.      Award compensatory damages to Plaintiffs in an amount to be determined at trial;

5.      Order Lt. Hasper to pay punitive damages to Plaintiffs in an amount to be determined at trial;

6.      Order Defendants to pay the costs of suit, including reasonable attorney's fees and expert fees pursuant to 42 U.S.C. § 2000e-5(k) and 42 U.S.C. § 1988; and

7.      Grant such other and further relief as the Court deems just, proper, and equitable.

**ELIZABETH COSGROVE and
LAURIE SALERNO**

By: _Stephen L. O'Brien_

Stephen L. O'Brien, Esquire  ( 3153 )
O'Brien & O'Brien, LLP
168 Smithtown Boulevard
Nesconset, NY  11767
Telephone:  (631) 265-6660
Facsimile:  (631) 265-3991
E-Mail:  stephen@oboblaw.com

Attorney for Plaintiffs

# EXHIBIT "B"



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5067 9101

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

April 1, 2011

Ms. Elizabeth Cosgrove
c/o Stephen L. O'Brien, Esquire
Law Offices of O'Brien & O'Brien
Attorney at Law
168 Smithtown Blvd.
Nesconset, NY  11767

Re:  EEOC Charge Against County of Suffolk, Police Department
     No. 520201002302

Dear Ms. Cosgrove:

    Because you filed the above charge with the Equal Employment
Opportunity Commission, and the Commission has determined that it will not
be able to investigate and conciliate that charge within 180 days of the
date the Commission assumed jurisdiction over the charge and the
Department has determined that it will not file any lawsuit(s) based
thereon within that time, and because you through your attorney have
specifically requested this Notice, you are hereby notified that you have
the right to institute a civil action under Title VII of the Civil Rights
Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named
respondent.

    If you choose to commence a civil action, such suit must be filed in
the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC
New York District Office, New York, NY.

    This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is meritorious.

                          Sincerely,

                    Thomas E. Perez
               Assistant Attorney General
                 Civil Rights Division

         by     *Karen L. Ferguson*

                  Karen L. Ferguson
             Supervisory Civil Rights Analyst
               Employment Litigation Section

cc: New York District Office, EEOC
    County of Suffolk, Police Department