# LEEDS MORELLI & BROWN, P.C.

Reply to:
One Old Country Road
Suite 347
Carle Place, NY 11514
Tel (516) 873-9550
Fax (516) 747-5024
www.lmblaw.com

_____*Attorneys at Law*_____

April 16, 2012

**VIA ECF and U.S. MAIL**
Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

            Re:    <u>Cosgrove v. County of Suffolk, et. al.</u>
                   No. 11-CV-03112 (JFB)(ETB)

Dear Judge Bianco:

      This office represents defendant William Hasper ("Hasper") in the above-referenced action. Pursuant to Your Honor's March 14, 2012 Order, Plaintiffs were permitted leave to file a second amended complaint. Defendants were provided an opportunity to review the second amended complaint and to submit a letter renewing their respective motions to dismiss. Defendant Hasper hereby advises the Court that he is renewing his motion to dismiss for all the reasons stated in his memorandum and reply memorandum in support of his motion to dismiss, and for the reasons stated at oral arguments on March 14, 2012.

                                          Respectfully Submitted,

                                          LEEDS, MORELLI & BROWN, P.C.
                                          *Attorneys for Defendant Hasper*

                                      _____/s/_____
                                              Matthew Weinick

cc:    Stephen Lee O'Brien, Esq. (via ECF)
        *Attorney for Plaintiffs*

        Chris P. Termini, Esq. (via ECF)
        *Attorney for Defendants County of Suffolk,*
        *Suffolk County Police Department*