UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

ELIZABETH COSGROVE, et al.,

        Plaintiffs,

— against —

COUNTY OF SUFFOLK, et al.,

        Defendants.
---------------------------------------X

ORDER
11-CV-03112 (JFB)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 19 2013 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on Friday, February 15, 2013, IT IS HEREBY ORDERED that defendants' motion to dismiss is granted in part as to the state law claims against the County of Suffolk, and denied in all other respects. The Court requests that Magistrate Judge Boyle set up a conference with the parties to begin the discovery process.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: February 19, 2013
        Central Islip, New York