UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

ELIZABETH COSGROVE, et al.,

        Plaintiffs,

        – against –

COUNTY OF SUFFOLK, et al.,

        Defendants.
----------------------------------X

ORDER
11-CV-03112 (JFB)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2015 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on Wednesday, September 30, 2015, IT IS HEREBY ORDERED that defendants' motion for summary judgment (ECF No. 61) is granted in part as to claim four, five, six, and eleven (the quid pro quo and *Monell* claims), and denied in all other respects.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2015
        Central Islip, New York