**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 29 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

ELIZABETH COSGROVE and LAURIE SALERNO,

        Plaintiffs,

            – against –

COUNTY OF SUFFOLK and WILLIAM HASPER,

        Defendants.
----------------------------------X

**JUDGMENT IN A CIVIL CASE**
11-CV-3112 (JFB) (GRB)

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial/hearing before the Court. The issues have been tried/heard, and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing of the defendants, County of Suffolk and William Hasper, and that the action be dismissed on the merits.

Dated:  Central Islip, New York
         March 29, 2018

DOUGLAS C. PALMER
Clerk of Court

      /S/
By: Michele Savona
Deputy Clerk